**FILED**

Nov 17 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1  JULIA M. JAYNE (State Bar No. 202753)
Jayne Law Group, P.C.
2  403 Hearst Avenue
Berkeley, CA 94710
3  Email: julia@jaynelawgroup.com
Phone: (510) 415-623-3600
4
Attorneys for JOHN LEGRAND
5

## UNITED STATES DISTRICT COURT

6

## NORTHERN DISTRICT OF CALIFORNIA

7

| | | |
|---|---|---|
| 8 | UNITED STATES OF AMERICA, | ) CASE NO. 09-CR-1163-JSW-2 [DMR] |
| 9 | Plaintiff, | ) ORDER (AS MODIFIED) RELEASING |
| 10 | v. | ) DEFENDANT  FROM CUSTODY |
| 11 | JOHN LEGRAND, | ) |
| 12 | Defendant. | ) |

13

14        IT IS HEREBY ORDERED that the U.S. Marshals release defendant JOHN LEGRAND from

15  their custody on **November 18, 2022 at 8:00 a.m**. Upon his release from custody, Defendant shall

16  immediately report to the Salvation Army located at 601 Webster Street, Oakland and continue to abide

17  by the conditions of his Supervised Release and shall also comply with all rules of the Salvation Army

18  program.

19

20        **IT IS SO ORDERED AS MODIFIED.**

21

22

23  DATED:  November 17, 2022



24

25

26  DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

27

28

ORDER (AS MODIFIED) RELEASING DEFENDANT FROM CUSTODY
Case No. 09-CR-1163-JSW [DMR]